1  Robert John O'Connell, SBN 220062
   O'Connell Intellectual Property Law, APC
2  2244 Faraday Avenue, Suite 116
3  Carlsbad, CA  92008-7208
   Phone 858-381-3429; Fax 888-510-3098
4  Email robert@oconnellip.com

5  Attorney for Plaintiffs

6

7

8

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
                     EASTERN DIVISION
11

| | |
|---|---|
| 12  OLIVET INTERNATIONAL, INC. and<br>FTI GROUP (HOLDING) CO. LTD., | No. |
| 13 | |
| 14                   Plaintiffs, | **COMPLAINT FOR** |
|       vs. | **PATENT INFRINGEMENT;** |
| 15 | **TRADE DRESS** |
|       | **INFRINGEMENT; AND** |
| 16  TRAVELERS CLUB LUGGAGE,<br>INC., | **UNFAIR COMPETITION** |
| 17 | |
| 18                   Defendant. | **DEMAND FOR JURY**<br>**TRIAL** |
| 19 | |

20        Plaintiffs, Olivet International, Inc. and FTI Group (Holding) Co. Ltd.,

21

22  (collectively "Olivet"), bring this Complaint for patent infringement, trade

23  dress infringement, and unfair competition against Travelers Club Luggage,

24  Inc. ("TCL"), and allege as follows:

25

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 1

H E L S E L L
F E T T E R M A N
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the patent laws of the United States, including 35 U.S.C. § 1 *et seq.*; trade dress infringement under the laws of the United States and the State of California; and unfair competition under the laws of the United States and the State of California.

2.      This lawsuit pertains to TCL's infringement of Olivet's U.S. Patent No. D664,355 (the "'355 Patent").  The patent protects Olivet's innovative design for a hard-sided, wheeled suitcase, which Olivet manufactures and sells. This lawsuit also pertains to TCL's infringement of Olivet's trade dress in its suitcase design, as well as unfair competition by TCL against Olivet due to TCL's infringement of Olivet's patent and trade dress rights.

3.      Olivet's suitcase, the subject of this suit, has an unmistakable look.  Instead of pursuing independent product development, TCL has chosen to slavishly copy Olivet's suitcase in violation of Olivet's intellectual property rights.  TCL has manufactured and sold TCL branded suitcases that infringe upon the design protected by the '355 Patent and Olivet's unique trade dress.

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

4.     Olivet seeks injunctive relief and damages against TCL.  By this action, Olivet seeks to put a stop to TCL's illegal conduct and obtain compensation for the violations that have occurred thus far.

## THE PARTIES

5.     Plaintiff Olivet International is a corporation organized and existing under the laws of California, having its principal place of business in Mira Loma, California.

6.     Plaintiff FTI Group (Holding) Co. Ltd., is a corporation organized and existing under the laws of the Cayman Islands.  FTI Group (Holding) Co. Ltd., is the parent of Olivet International and owner of the '355 patent.

7.     Upon information and belief, Defendant Traveler's Club Luggage, Inc. is a California Corporation located in this District with a place of business at 5911 Fresca Drive, La Palma, CA 90623.  Upon information and belief, TCL regularly does business in the Eastern Division of the Central District of California.

## JURISDICTION

8.     Olivet's causes of action for patent infringement, trade dress infringement, and unfair competition against TCL arise under the patent laws of the United States, 35 U.S.C. § 101 *et seq*., including §§ 271, 281-85, and

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 3

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

289; 15 U.S.C. § 1121 (action arising under the Lanham Act); 28 U.S.C. § 1338(b) (action asserting claim of unfair competition joined with a substantial and related claim under the trademark laws); and 28 U.S.C. § 1367 (supplemental jurisdiction).  This Court has original jurisdiction over this subject matter pursuant to 28 U.S.C. §§ 1331 (federal question) and 1338(a) (any Act of Congress relating to patents or trademarks).

9.      This Court has personal jurisdiction over TCL because TCL has committed and continues to commit acts of infringement, and placed infringing products into the stream of commerce, with the knowledge or understanding that such products are sold interstate within the United States, and within State of California, including this District.  The acts by TCL cause injury to Olivet within this District.  Upon information and belief, TCL derives substantial revenue from the sale of infringing products with this District, expects its actions to have consequences within this District, and derives substantial revenue from interstate commerce.  Upon information and belief, TCL is located in this judicial District.

## **VENUE**

10.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) & (c) and 1400(b). TCL has committed acts of infringement in this

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 4

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

district by selling and offering to sell products that infringe the '355 Patent and

Olivet's trade dress within this judicial District. Further, potential witnesses to

this action reside in this District.

## **FACTUAL BACKGROUND**

11.     Olivet is an industry leader in manufacturing, selling, and

wholesale distribution of consumer goods and household wares. Olivet's

products range from bags and backpacks to outdoor and travel accessories.

Olivet has been in this business for over thirty years.

12.     Olivet is also an industry leader in luggage manufacture and sales.

Olivet's luggage production requires considerable investment in technology

and other resources so that Olivet's products exhibit the superior craftsmanship

and design for which it is known.  Each luggage item is made by highly skilled

workers who use advanced computer technology to monitor quality control.

13.     Olivet has protected its innovative designs through utility and

design patents issued by the United States Patent and Trademark Office.

Olivet also takes steps to protect its trade dress.

14.     On July 31, 2012, the United States Patent and Trademark Office

issued the '355 Patent entitled "hard suitcase" to FTI Group (Holding) Co. Ltd.

A true and correct copy of the '355 Patent is attached as Exhibit A.

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 5

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

15.     The '355 Patent covers the unique and novel ornamental appearance of Olivet's hard sided suitcase.  Figures 1 and 2 of the '355 Patent, are shown below:



16.     The '355 Patent covers the design for the exterior of a hard sided, wheeled, handled suitcase.  The patented suitcase design constitutes the entire article of manufacture—the exterior shell of the suitcase, handles, and wheels.

17.     Pursuant to 35 U.S.C. § 282, the '355 Patent is presumed valid.

18.     Olivet is a wholly owned subsidiary of FTI Group (Holding) Co. Ltd.

19.     Olivet manufactures and sells hard-sided luggage embodying the '355 Patent.

20.     The design of Olivet's suitcase has become commonly known in the United States as being incorporated into and exclusive to luggage manufactured by Olivet.

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 6

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

21.     The size, shape, texture, color, and feel of Olivet's suitcase that is the subject of this suit constitute Olivet's trade dress.  This trade dress includes the design, style, and appearance of the exterior and interior of the suitcase.

22.     The combination of elements of Olivet's product design is distinctive and serves to identify Olivet as the source of its suitcase products. These elements are not merely functional, and the overall product design is not required to achieve any particular function.  Olivet's competitors, such as TCL, have numerous options from which they can choose for their own product design.  Instead, TCL chose to mimic Olivet's trade dress.

23.     Olivet has advertised, marketed, and promoted the particular distinctive trade dress of its suitcase, which is distinctive in appearance, eye-catching, and readily recognized by customers and members of the industry.

24.     The trade dress of Olivet's suitcase has acquired secondary meaning and distinctiveness among consumers and members of the industry, and it continues to have secondary meaning and distinctiveness.  The suitcase that is the subject of this suit is now widely known and recognized by its unique, distinctive appearance, which identifies to consumers and members of the industry that the source of origin of the suitcase trade dress is Olivet.

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

25.     Olivet's suitcase trade dress has become and is now a designation of origin of Olivet and Olivet has established common law trade dress rights that are owned by Olivet.

26.     Olivet's luggage embodying the '355 Patent and Olivet's trade dress has been manufactured and sold by Olivet through their license for Jeep® and The Sharper Image® under their respective trademarks.  Luggage manufactured by Olivet has been sold in retail stores and online by companies such as Wal-Mart®.

27.     Upon information and belief, TCL is a substantial company with more than 130 employees.

28.     On information and belief, TCL has made, used, sold, offered for sale and/or imported goods embodying the design of the '355 Patent and Olivet's trade dress.  These goods include, but are not limited to, TCL models HS-69003-EX and HS-69920-EX.  True and correct images of a TCL branded tag accompanying a suitcase are attached as Exhibit B.

29.     TCL suitcases infringing the design of the '355 patent and Olivet's trade dress have been sold and are being sold through online retailers such as eBay, Overstock.com, eBags, Jet.com, Newegg.com, and Kohls.  True and correct images of web listings of these products, as well as purchase

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 8

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

receipts of suitcases branded as TCL suitcases that infringe the design of the '355 Patent, are attached as Exhibit C.

### COUNT I –
### INFRINGEMENT OF UNITED STATES
### PATENT D664,355

30.     Olivet incorporates and realleges paragraphs 1-29 of this Complaint.

31.     TCL has been, and presently is, infringing the '355 Patent within this judicial District by manufacturing or importing into, using, selling and/or offering for sale luggage that embodies the patented invention disclosed in the '355 Patent, in violation of 35 U.S.C. §§ 271 and 289.

32.     TCL is not licensed or otherwise authorized by Olivet to make, use, import, sell, or offer to sell any product whose design is covered by the '355 Patent and its conduct is, in every instance, willful and without Olivet's consent.

33.     The design of TCL's luggage so closely resembles the invention disclosed in the '355 Patent that an ordinary observer would be deceived into purchasing TCL's luggage in the mistaken belief that it includes the invention disclosed in the '355 Patent.  TCL will continue to manufacture and sell luggage unless enjoined by this Court.

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 9

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

34.     Due to TCL's infringement of the '355 Patent, Olivet is entitled to recover from TCL damages adequate to compensate for the infringement in an amount subject to proof at trial, but in no event less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284. As an additional remedy for TCL's infringement of the '355 Patent, Olivet is entitled to recover TCL's total profits from the sale of its infringing luggage, but not less than $250 for each article of manufacture or any colorable imitation thereof to which TCL applied the patented design or which TCL sold or exposed for sale and to which such design or colorable imitation has been applied, under 35 U.S.C. § 289.

35.     Due to TCL's infringement of the '355 Patent, Olivet has suffered, is suffering, and will continue to suffer irreparable injury and damage for which Olivet has no adequate remedy at law. Olivet is therefore entitled to a permanent injunction against TCL's further infringing conduct.

## COUNT II
## FEDERAL FALSE DESIGNATION OF ORIGIN
## & UNFAIR COMPETITION
## (15 U.S.C. § 1125(a))

36.     Olivet incorporates and realleges paragraphs 1-35 of this Complaint.

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 10

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

37.     Olivet is the owner of all right and title to the distinctive suitcase trade dress, as embodied in Olivet's products.  The trade dress is not merely functional.

38.     In addition, based on advertising, promotion, and sales throughout the United States, Olivet's trade dress has acquired distinctiveness and enjoys secondary meaning among consumers and identifies Olivet as the source of its products.

39.     Olivet's promotion of the distinctive suitcase trade dress has resulted in Olivet's acquisition of valuable, legally protected rights in the suitcase trade dress, as well as considerable customer goodwill.

40.     TCL's luggage has misappropriated Olivet's trade dress by mimicking a combination of several elements of that trade dress, including elements of the exterior and interior of Olivet's suitcase design.

41.     TCL's manufacture and distribution of its luggage products with a product design that mimics a combination of several elements of Olivet's trade dress, is likely to cause confusion, cause mistake, or deceive consumers as to the affiliation, connection, or association of TCL with Olivet, or as to the origin, sponsorship, or approval by Olivet of TCL's goods, services, or commercial activities.

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 11

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

42.    TCL's manufacture and distribution of its luggage with a product design that mimics a combination of several elements of Olivet's trade dress enables TCL to benefit unfairly from Olivet's reputation and success, thereby giving TCL's infringing product sales and commercial value they would not otherwise have.

43.    TCL's actions constitute unfair competition and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

44.    On information and belief, TCL knew of Olivet's trade dress when TCL designed its luggage.  Accordingly, TCL's infringement has been and continues to be intentional, willful, and without regard to Olivet's rights in its trade dress.

45.    On information and belief, TCL has gained profits by virtue of its infringement of Olivet's trade dress.

46.    Olivet has sustained damages as a direct and proximate result of TCL's infringement of its trade dress in an amount to be proven at trial.

47.    Olivet has been and will continue to be irreparably harmed and damaged by TCL's conduct insofar as Olivet's invaluable goodwill is being eroded by TCL's continuing infringement, and Olivet lacks an adequate remedy at law to compensate for this harm and damage.  Pursuant to 15 U.S.C.

H E L S E L L
F E T T E R M A N
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

§ 1116, Olivet is entitled to an injunction against TCL's continuing infringement of its trade dress.  Unless enjoined, TCL will continue its infringing conduct.

48.     Because TCL's actions have been willful, Olivet is entitled to Olivet's profits, treble Olivet's actual damages, an award of costs, and, this being an exceptional case, reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a).

## COUNT III
## TRADE DRESS INFRINGEMENT

49.     Olivet incorporates and realleges paragraphs 1-48 of this Complaint.

50.     The size, shape, size, texture, color, and feel of Olivet's suitcase that is the subject of this suit constitute Olivet's trade dress.  This trade dress includes the design, style, and appearance of the exterior and interior of the suitcase.

51.     The trade dress of Olivet's suitcase design has acquired secondary meaning and distinctiveness among consumers and members of the industry, and continues to have secondary meaning and distinctiveness.

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 13

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

52.     To any ordinary observer, and to customers and members of the industry, the design, style, and appearance of TCL's luggage is confusingly similar to Olivet's trade dress.

53.     TCL's past, present, and future commercial distribution and sales of luggage employing confusingly similar trade dress constitutes trade dress infringement under 15 U.S.C. § 1125.

54.     On information and belief, TCL's trade dress infringement of Olivet's trade dress has been and continues to be willful and deliberate.

55.     Olivet has been damaged by TCL's trade dress infringement in an amount to be determined at trial.  Furthermore, by these acts, TCL has irreparably injured and caused Olivet to suffer a substantial loss of goodwill and reputation, and such injury will continue unless TCL is enjoined by this Court.

56.     Due to TCL's actions, Olivet is entitled to the full range of relief under the Lanham Act, 15 U.S.C. §§ 1116-1118.

## COUNT IV
## TRADE DRESS INFRINGEMENT (California)

57.     Olivet incorporates and realleges paragraphs 1-56 of this Complaint.

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 14

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

58.     TCL's unauthorized use of Olivet's trade dress in connection with its distribution and sales of luggage is likely to cause confusion, mistake, and deception as to the true source of TCL's goods or as to the existence of a relationship or affiliation between TCL and Olivet, or that Olivet has sponsored or authorized TCL's goods, thereby infringing Olivet's trade identity rights and related property rights under the common law and statutory laws of California.

59.     Olivet has been damaged by TCL's trade dress infringement in an amount to be determined at trial.  Furthermore, by these acts, TCL has irreparably injured Olivet and caused Olivet to suffer a substantial loss of goodwill and reputation, and such injury will continue unless TCL is enjoined by this Court.

60.     On information and belief, TCL's unlawful acts were motivated by oppression, fraud and malice, for which Olivet is entitled to an award of exemplary damages under California Civil Code § 3294.

## COUNT V
## UNFAIR COMPETITION PURSUANT TO CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17200 (California Law)

61.     Olivet incorporates and realleges paragraphs 1-60 of this Complaint.

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 15

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

62.     TCL intentionally infringed Olivet's '355 Patent and trade dress by adopting, advertising, offering for sale, and selling luggage under TCL's name and brand.

63.     TCL's unauthorized use of Olivet's design patent and trade dress in connection with its distribution and sales of luggage constitutes unfair competition under the common law and statutory laws of California in violation of California Business and Professions Code § 17200 *et. seq.*

64.     Olivet has suffered, and continues to suffer, injury from TCL's infringement, use, and misappropriation of the '355 Patent and suitcase trade dress and, as such, Olivet is entitled to relief pursuant to California Business and Professions Code § 17203.

## **PRAYER FOR RELIEF**

WHEREFORE, Olivet respectfully requests that the Court enter judgment in its favor against TCL, granting the following relief:

A.     A declaration that the '355 Patent is valid and enforceable;

B.     A judgment and declaration that TCL has infringed the '355 Patent literally and/or under the doctrine of equivalents;

C.     A grant of permanent injunction pursuant to 35 U.S.C. § 283, enjoining TCL and its agents, servants, officers, directors, employees, affiliated

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 16

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

entities and all persons in active concern or participation with them from continued infringement of the '355 Patent;

D. An award of damages adequate to compensate Olivet for TCL's infringement of the '355 Patent, in an amount no less than a reasonable royalty for the use made of the invention disclosed in the '355 Patent by TCL, together with interest and costs as fixed by the Court, pursuant to 35 U.S.C. § 284;

E. An award to Olivet equal to TCL's total profits from the sale of its luggage embodying the design of the '355 Patent, but not less than $250 for each article of manufacture or any colorable imitation thereof to which TCL applied the patented design or which TCL sold or exposed for sale and to which such design or colorable imitation has been applied, pursuant to 35 U.S.C. § 289;

F. Enhancement of the damage award based on TCL's willful infringement of the '355 Patent;

G. An award of attorneys' fees pursuant to 35 U.S.C. § 285;

H. A judgement that TCL infringed Olivet's trade dress in its suitcase design in violation of 15 U.S.C. § 1125(a), California common law, and California Business and Professional Code;

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 17

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

I.     A judgment that TCL's trade dress infringement is willful and deliberate;

J.     A judgment that TCL unfairly competed with Olivet in violation of California common law and California Business and Professional Code § 17200 *et seq.*;

K.     An order permanently enjoining TCL and its officers, directors, agents, servants, employees, affiliates, attorneys, and all others acting in privity or in concert with them, and their parents, subsidiaries, divisions, successors, and assigns, from directly or indirectly infringing Olivet's trade dress, from passing of TCL's products as being associated with and or sponsored or affiliated with Olivet; from committing any other unfair business practices directed toward obtaining for themselves the business and customers of Olivet; and from committing any other unfair business practices directed toward devaluing or diminishing the brand or business of Olivet.

L.     Actual damages suffered by Olivet as a result of TCL's unlawful conduct, in an amount to be proven at trial, as well as prejudgment interest as authorized by law;

M.     Reasonable funds for future corrective advertising;

N.     An accounting of TCL's profits pursuant to 15 U.S.C. § 1117;

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 18

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

O.   A judgment trebling any damages award pursuant to 15 U.S.C. § 1117;

P.   Punitive damages pursuant to California Civil Code § 3294;

Q.   Resitutionary relief against TCL and in favor of Olivet, including disgorgement of wrongfully obtained profits and any other appropriate relief;

R.   Costs of suit and reasonable attorneys' fees;

S.   Any other remedy to which Olivet may be entitled, including all remedies provided for in 15 U.S.C. §§ 1116, 1117, 35 U.S.C. §§ 284, 285, and 289, and California Business & Professional Code § 17200 *et seq.*, and under any other law; and

T.   Such other relief as this Court deems to be just and equitable.

## **DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), Olivet respectfully requests a trial by jury of all issues so triable.

*        *        *

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 19

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

DATED this 19th day of January, 2017.

O'CONNELL INTELLECUTAL
PROPERTY LAW, APC


 /s/ Robert John O'Connell
Robert John O'Connell, SBN 220062
2244 Faraday Avenue, Suite 116
Carlsbad, CA  92008-7208
Phone 858-381-3429
Fax 888-510-3098
Email robert@oconnellip.com


HELSELL FETTERMAN LLP


 /s/ Lance D. Reich
Lance D. Reich, WSBA No. 41090
Kevin E. Regan, SBN 262335
Mary DePaolo Haddad, WSBA No. 30604
Attorneys for Plaintiffs
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
Phone: (206) 292-1144
Fax: (206) 340-0902
Email: lreich@helsell.com
Email: kregan@helsell.com


Attorney for Plaintiffs

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 20

HELSELL
FETTERMAN
Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

      s/Kyna Gonzalez

Kyna Gonzalez,
Legal Assistant to Lance D. Reich

COMPLAINT FOR PATENT INFRINGEMENT;
TRADE DRESS INFRINGEMENT; AND UNFAIR
COMPETITION AND JURY DEMAND- 21

HELSELL
FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144  WWW.HELSELL.COM