# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | ED CV 17-00089 BRO (KKx) | Date | May 26, 2017 |
|---|---|---|---|
| Title | Olivet International, Inc. et al v. Travelers Club Luggage Inc | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (IN CHAMBERS)

### ORDER RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff filed a Complaint with this Court on January 19, 2017.

On May 4, 2017, the Court issued an Order to Show Cause RE: Lack of Prosecution in light of the Plaintiff's apparent failure to file a Proof of Service. The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than May 25, 2017. To date, however, no Proof of Service or response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |